834 A.2d 397

IN THE MATTER OF DAVID F. LUVARA, AN ATTORNEY
AT LAW (ATTORNEY NO. 003871989).

November 6, 2003.

## ORDER

**DAVID F. LUVARA** of **PHILADELPHIA, PENNSYLVA-
NIA,** who was admitted to the bar of this State in 1989, having
been temporarily suspended from the practice of law by Order of
this Court filed on October 15, 2001, pursuant to *Rule* 1:20–
13(b)(1), based on respondent's entry of a guilty plea in the Court
of Common Pleas in the Commonwealth of Pennsylvania to a
charge of conspiracy to commit bribery, in violation of 18 *Pa.
C.S.A.* 903;

And the Office of Attorney Ethics having reported that the
Court of Common Pleas of the Commonwealth of Pennsylvania
vacated respondent's guilty plea and that respondent was reinstat-
ed to the practice of law in Pennsylvania on April 3, 2003;

And good cause appearing;

It is ORDERED that respondent is hereby reinstated to the
practice of law in New Jersey, effective immediately.